**Denied and Opinion Filed October 31, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00381-CV

## IN RE JAMES DONDERO, STEPHANIE VITIELLO, JEAN PAUL SEVILLA, MARY KATHRYN LUCAS, MATHEW DIORIO, ISAAC LEVENTON, AND SCOTT ELLINGTON, Relators

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-03214**

## MEMORANDUM OPINION
Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Pedersen, III

Before the Court is relators' April 1, 2024 petition for writ of mandamus.

Relators ask this Court to compel the trial court to vacate the trial court's March 19, 2024 Order Granting Respondents' Motion to Compel Compliance with the Court's 2023 Order and to Hold Witnesses and Counsel in Contempt.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relators' petition and status reports, real parties in

interest's response, and the record before us, we conclude that relators have failed to demonstrate entitlement to mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We also lift the stay issued by this Court's April 18, 2024 order.

240381f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE